*Denu Motion* 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DURST IMAGE TECHNOLOGY US LLC; and
DURST PHOTOTECHNIK AG,

                Plaintiffs,

- against -

INTEGRA TECHNOLOGIES
INTERNATIONAL, INC.; RON SKAGGS; and
WILLIAM THOMAS, JR.,

                Defendants.

-----------------------------------------------------------x

No. 08 CV 10814 (MGC) (THK)
ECF Case

**NOTICE OF**
**WITHDRAWAL OF MOTION**

PLEASE TAKE NOTICE that defendants Integra Technologies International, Inc., Ron Skaggs, and William Thomas, Jr., by and through their undersigned counsel, hereby withdraw their motion for an order: (1) dismissing Plaintiffs' trademark infringement and trademark dilution claims pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) dismissing the remaining state-law claims for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); or, in the alternative, (3) dismissing all claims with respect to Skaggs and Thomas for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); and (4) transferring the remainder of the case to the Western District of Texas pursuant to 28 U.S.C. § 1404(a). The motion (Docket No. 9) was filed on March 2, 2009.

722434.1

Dated: New York, New York
March 24, 2009

              FRIEDMAN KAPLAN SEILER
               & ADELMAN LLP

             By: _____
               Robert J. Lack (rlack@fklaw.com)
               Jeffrey R. Wang (jwang@fklaw.com)
               1633 Broadway
               New York, NY 10019-6708
               (212) 833-1100

               *Attorneys for Defendants Integra Technologies*
               *International, Inc., Ron Skaggs and William*
               *Thomas, Jr.*

Of Counsel:

Richard C. King, Jr. (rking@munsch.com)
Richard J. Riley (rriley@munsch.com)
MUNSCH HARDT KOPF & HARR, P.C.
One American Center
600 Congress Avenue
Suite 2900
Austin, TX 78701-3057

TO: Robert L. Tucker, Esq.
   TUCKER & LATIFI, LLP
   160 East 84th Street
   New York, New York 10028
   (212) 472-6262

   Gary C. Rosen, Esq.
   BECKER & POLIAKOFF, P.A.
   P.O. Box 9057
   Fort Lauderdale, FL 33310-9057
   (954) 987-7550

   *Attorneys for Plaintiffs Durst Image Technology*
    *US LLC and Durst Phototechnik AG*

                SO ORDERED:

                _____
                United States District Judge

                March 25, 2009

722434.1            2